**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISRAEL DAVID RAMIREZ [2], <br><br> Defendant. | Criminal Nos. 24-427 (ADC-MDM) |

## *BRIEF* SENTENCING MEMORANDUM

**TO THE HONORABLE AIDA DELGADO-COLÓN:**

**COMES NOW** defendant Mr. Israel David Ramirez ("Mr. Ramirez") through the undersigned counsel, and very respectfully submits this brief *Sentencing Memorandum* to assist this Honorable Court in determining an appropriate sentence.

The parties sentencing recommendation in this case is "time served." The parties reached that agreement after carefully considering the facts which lead to Mr. Ramirez arrest and his characteristics as a man and illegal immigrant trying to reach the United States.

Mr. Ramirez is a good and focused man. His concerns are work and family. He has two (2) children back home. They are named Railin (8-year-old) and Roney (7-years-old). Due to many years of hard work on farms, at processing plants, hotels and ultimately in construction, he looks much older than his chronological age (34 years old). He is very serious, and you can see in his eyes that what he states is the truth. He is stoic.

He was raised principally by his father, Don Candido, in the Peñón Ward, Lagunas de Nisibón, Higüey, Dominican Republic. The zone is comprised of farmland by the Atlantic Ocean's coast. Although his parents lived separately, he had the blessing of still living a quick walk away

1

from his mother's home and saw her every day. He is the eldest of five (5) siblings. Both parents were very supportive of each other and him. He left school after 8th grade to help the family financially. He has very good relationships with all his siblings. All are well employed, and one is an entrepreneur. The youngest remains in school.

Mr. Ramirez is not just a typical hard worker. He is a skilled foreman and entrepreneur who has reached the level of full independent contractor. He explained that he has built several homes from scratch. One of them with six (6) bedrooms. His clients provide the materials, and he performs all the work, including hiring and managing employees. He made a good living performing that work and can return to it.

Becoming the equivalent of a contractor took many years but he learned quickly. He only began working in construction in the year 2017. Prior to that, he had worked in agriculture with his father, shining shoes on weekends, in a chicken factory, as a cleaning person at hotels, and later in construction. His work history and ethic speaks for itself.

Unfortunately, he decided to come illegally to Puerto Rico. He knew that his skills would be well compensated on the island. But the trip was costly, and he really did not need to come to Puerto Rico. As a matter of example, his father passed away in January of this year. And, as he explained, the "yole" he and others were traveling in had taken on a lot of water and was doomed to sink. They were still miles away from Isla de Mona. Thus, had the U.S. Coastguard not stopped them, they could have drowned.

Considering the Plea Agreement reached, the results of the Presentence Investigation Report ("PSR"),[1] the United States *Sentencing Memorandum* and this filing, it is very respectfully

---

[1] Mr. Ramirez very respectfully informs that he waives the thirty-five (35) day term granted to consider the PSR. Further, the content of the PSR is correct and no objections need be lodged.

requested that Mr. Ramirez be sentenced to "time served" and allow to return home to his kids and family.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the present brief *Sentencing Memorandum* and sentence Mr. Ramirez to "time served."

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send electronic notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 19th day of March, 2025.

**Trebilcock LLC**
Metro Office Park
BDG 11, Suite 105ª
Phone No. (787) 399-1969

**s/Thomas Trebilcock-Horan**
USDC-PR No. 220514
tt@trebilcockllc.com